UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ANDERS TRON-HAUKEBO,

          Plaintiff,

    v.

CLALLAM COUNTY, et al.,

          Defendants.

CASE NO. 3:23-CV-5223-RSL

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

    Because Plaintiff does not appear to have funds available to afford the $402 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application (Dkt. 4) is GRANTED.[1]  However, based on the allegations in the proposed complaint, it is unclear if Plaintiff has adequately stated a claim upon which relief can be granted. Therefore, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the District Judge assigned to this case.

    Dated this 12th day of April, 2023.

David W. Christel
Chief United States Magistrate Judge

---

[1] Plaintiff's IFP motion (Dkt. 1) is denied as moot.